HADDOW *et al.* v. HADDOW, appellant.

*Action to compel an account — Jurisdiction of a court of equity — Amending pleadings to conform to judgment.*

A court of equity has jurisdiction to compel an accounting to parties entitled to an estate from those who have it under their control, when the proper parties are in court.

The widow and next of kin of a decedent can maintain a suit in equity for an account of the estate from a person who has obtained possession thereof, and appropriated the moneys and property belonging thereto, by virtue of an appointment as administratrix of the deceased.

An action for an account was brought by a plaintiff in her own right; the defendant, by a supplemental answer, alleged that the plaintiff had been appointed administratrix, and that fact being proved, the judgment directed the payment to her, as *administratrix*, of the balance of the estate in the defendant's hands. *Held*, that as the proof on the trial showed that the plaintiff was entitled to this relief, the pleadings might be considered as amended in conformity with the facts, and judgment ordered accordingly.

APPEAL from a judgment entered on the report of a referee.

*J. M. Cooper*, for appellant.

*N. C. Moak*, for respondents.

MILLER, P. J., delivered the opinion of the court.

*Judgment affirmed.*